**WO**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Celeste Krom, | No. CV-18-02398-PHX-DWL |
| Plaintiff, | **ORDER** |
| v. | |
| Exide Technologies Incorporated, et al., | |
| Defendants. | |

Pending before the Court is the parties' "Stipulated Motion for Leave to Amend Complaint" (Doc. 45). The stipulation will be denied as moot. Plaintiff need not seek leave of the Court before filing an amendment with the opposing party's written consent. LRCiv 15.1(b). Plaintiff is directed to follow the procedure outlined in LRCiv 15.1(b), which requires Plaintiff to file her amended complaint, and then separately file a notice of filing, attaching a redlined copy of the amended complaint and certifying that the opposing party gave written consent for the amendment.

Accordingly,

**IT IS ORDERED** that the parties' Stipulated Motion for Leave to Amend Complaint (Doc. 45) is denied as moot.

Dated this 3rd day of July, 2019.

_____

Dominic W. Lanza
United States District Judge